appellant; *Peter J. Smith,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Novack, Appellant.

Submitted September 10, 1973. *Joseph T. McGraw,* Public Defender, for appellant; *William J. Garvey,* Assistant District Attorney, and *Paul R. Mazzoni,* for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Poindexter, Appellant.

Argued September 13, 1973. *John W. Packel,* Assistant Defender, with him *Vincent J. Ziccardi,* Defender, for appellant; *Maxine Stotland,* Assistant District Attorney, with her *James T. Ranney and Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.